

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'26 JUL 8 PM2:57
JJF

UNITED STATES OF AMERICA

v.

ELEAZAR ZAMBRANO-CONTRERAS

CASE NO.

3-26CR-373-N

### INDICTMENT

The Grand Jury charges:

### Count One
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a)]

On or about February 20, 2026, in the Dallas Division of the Northern District of Texas, the defendant, **Eleazar Zambrano-Contreras**, an alien, was found in the United States after having been deported, removed, denied admission and excluded therefrom on or about November 18, 2019, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the defendant's previous deportation and removal, and after having been convicted for Possession of a Controlled Substance, a felony, in Ellis County, Texas on October 17, 2019.

In violation of 8 U.S.C. § 1326(a), the penalty for which may be found at 8 U.S.C. § 1326(b)(1).

Indictment—Page 1

A TRUE BILL:

FOREPERSON


RYAN RAYBOULD
UNITED STATES ATTORNEY


ERIC BALES
Special Assistant United States Attorney
Texas Bar No. 24064858
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: 214-659-8600
Fax: 214-659-8812
Eric.Bales@usdoj.gov


Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ELEAZAR ZAMBRANO-CONTRERAS

INDICTMENT

8 U.S.C. § 1326(a)
Illegal Reentry After Removal from the United States
(Count 1)

1 Count

A true bill rendered

DALLAS                                                    FOREPERSON

Filed in open court this 8 day of July, 2026.

**Defendant in Federal Custody since   6/12/2026**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3:26-MJ-00673-BN